# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

ARLENE ALEXANDER; MICHAEL ALEXANDER; GARY ALLEN; MARSCHA ALLEN; ANTHONY ALVERNAZ; JENNIFER ALVERNAZ; FRANK AMBROSE; ELIZABETH AMBROSE; HAROLD BARTZ; ELISABETH BARTZ; JAMES BEHRMAN; DOREEN BEHRMAN; EDWARD BENNETT; GLORIA BENNETT; ANN BLODGETT; MATT BOGDAN; JOANNE BOGDAN; RICHARD BRAUTIGAM; MARIA BRAUTIGAM; JAMES BROWN as Trustee of the Brown Family Trust; BERNADETTE BROWN as Trustee of the Brown Family Trust; IRENE BUDNEY; MICHAEL BUINISKIS; MARIKAY BUINISKIS; TIMOTHY BURNETT; NANCY BURNETT; KIMBERLY A. BURRIS; THOMAS Q. CARPENTER; DIANE H. CARPENTER; JUDITH CATLIN; STEPHEN CATLIN; BRENDA CATLIN; JUSTIN CLARK; JON CLARK; DANE CLARK; JEFFREY COLEMAN; BRENDA COLEMAN; JAMES COLLINS; JUDITH COLLINS; GAYLORD CONRAD as a Trustee of the Conrad Living Trust; TERRY CONRAD as a Trustee of the Conrad Living Trust; WILLIAM E. CORSON, JR; JUDITH A. CORSON; JAMES V. CRAIN, JR.; MICHELLE M. CRAIN; STEVEN CROSSEN; MICHAEL D'ALOISIO; BRYSON DAVIS; ROSE DAVIS; MARK DEMETROS; ALVIN DEMING; WILLIAM O. EICHHORN; DOROTHY E. EICHHORN; KEVIN T. EVANEK; BRENDA M. EVANEK; JOSEPH M. FABREGAS; JUDITH A. FABREGAS; ROBERT FARNHAM; LARRY FERGUSON; DEBORAH FERGUSON; BARBARA FRECHETTE; KAREN L. GARRITY; PAUL E. GREEN; BARBARA E. GREEN; RICHARD GUMBLE; PEDRO GUTIERREZ; RUSSELL A. HAMILTON; GRACE A. HAMILTON; LINDA HAMMOND; JOHN M. HANSEN; KATHY L. HANSEN;

3:11–CV–308

ROYICE ANN HARFORD; EMMA HARSH-HARNER; JAMES HARZINSKI; SANDRA HARZINSKI; ALLEN HOPKINS; MARY TARTANIAN; KENT HOWELL; EILEEN HOWELL; GARY HUDOCK; ROBIN HUDOCK; ROY HUHTA; MARGARET HUHTA; ELIZABETH J. HUNT; DALE JACKSON; PATRICIA A. JACKSON; BRYCE J. JACKSON; MICHELLE JENKINS-PARASTAN; MICHAEL JOYCE; KATHLEEN JOYCE; NORMA JOYCE; MAUDE KLOSSNER as Trustee of the Maude Klossner Revocable Trust; ROBERT W. KLOSSNER; KATHLEEN KLOSSNER; STEPHEN J. KMAN; STEPHEN KMAN, II; GLORIA C. KNAPP; HAROLD KNAPP; NANCY KOBYLARZ; WALTER KOBYLARZ; HAROLD KOSTER; JOAN KOSTER; STEPHEN J. KUTNEY, JR.; HENRY KWIATKOWSKI; LBK PROPERTIES, INC.; CATHY LANNING; MICHAEL LANNING; ANTHONY LIPKA; NETTIE LIPKA; DENISE ARMAGNO; TONI DABLAN; ROBERT R. LORD; LAWRENCE R. MAIER; LINETTE MARSCHALL; WILLIAM MARSCHALL; SCOTT MCQUEEN; DAVE MOLYNEAUX; JULIE MONELL; MATTHEW MONELL; ALEX MUEHL; ANN MARIE MUEHL; DEBRAH MUSKA; ANITA NABER; NEWARK VALLEY GOLF CLUB, INC.; ANTHONY M. NIETO; ANTHONY M. NIETO, III; JOSEPH NIETO; JOYCE NIETO; NICOLE NIETO; THOMAS J. OVEN; DIANNE J. PAIGE; KEVIN C. PAIGE; EARL PAUGH; GALE PAUGH; RITA PEACOCK; CHARLES PEARSALL; RUTH ELLEN PEARSALL; MICHAEL PERRY; NANCY PERRY; SAXTON FRANKLIN as Trustee of the Franklin W. and Suzanne F. Saxton Family Trust dated November 6, 2002; LARRY E. PETERSON; REBECCA PETERSON formerly known as REBECCA STREETER; FRANCES PHILLEY; JASON PIPHER; DOROTHY MAE RAPP; BRENDA RHODES; DOUGLAS RHODES; LUCILLE RHODES; MARGARET M. RICHARDS as a Trustee for the Richards Family Trust; RAYMOND R. RICHARDS as a Trustee for the Richards Family Trust; LELAND E. RIDER as a Trustee of the Leland Rider and Marjorie V. Rider Declaration and Trust;

MARJORIE V. RIDER as a Trustee of the Leland Rider and Marjorie V. Rider Declaration and Trust; BRIAN RIECHERS; IRENE RIECHERS; ANDREW J. ROBINSON; ARTHUR W. ROBINSON as Trustee of the Arthur W. Robinson Living Trust dated 5/18/06; BRUCE R. ROBINSON as Trustee of the Bruce R. Robinson Living Trust dated 5/27/06; STEVEN E. ROBINSON; GARY ROCKWELL; JEANINE ROCKWELL; GARY E. ROZELLE; CHERYL SACCO formerly known as CHERYL INSINGA; HELEN SACCO; JOHN SACCO; MIKE SACCO; SUSAN J. SAUNDERS; GARY SCHOONOVER; HELEN SCHOONOVER; NICK SCHOONOVER; SUZANNE YANUZZI; KAREN A. COULTER; SUSAN NICHOLSON; GLENN SCOTT; DAVID SHAFER; STEPHEN SHAFER; JOAN SHAVER; RAY SHAVER; ALOYSUIS E. SHIPMAN; PATRICIA SHIPMAN; STEPHEN SHIPMAN; VALERIE J. SHIPMAN; KENNETH W. SHORT; RUSSELL SHOULTES; CHAD SHOWERS; JUDITH SHOWERS; KEVIN SLAUGHTER; DOUGLAS SPARKS; JACQUELINE SPARKS; KENNETH ALEXANDER as Owner; VERNA ALEXANDER as Owner; BRIAN CAIN; LUCINDA HANBURY as Administrator of the Estate of Robert Hanbury; ST. NICK'S FOREST, LLC; DAVID STACK as purchaser of Property currently owned by KENNETH & VERNA ALEXANDER; ROSE STACK as purchaser of property currently owned by KENNETH & VERNA ALEXANDER; BENJAMIN STERNBERG; DEB STOUGHTON; TIM STOUGHTON; BRIAN STOUT; JOSEPH F. STOUT; MARCIA STOUT; CLAUDE STRIFE; DIANE STRIFE; ANNA MARIE SULLIVAN; LAURENCE SULLIVAN; ANNA SZANTO; ARPAD SZANTO; RICHARD TAYLOR; VERDA TAYLOR; DORA E. TRUESDAIL; JESSE TRUESDAIL, JR.; JOHN TRUESDAIL; RALPH TRUESDAIL; LAURENCE TURNER; JOAN VILLECCO; JOSEPH VILLECCO; DANIEL R. VOUGH; LINDA R. VOUGH; HAROLD VRABEL also known as HAROLD VARBEL; KAREN AUNE; RALPH WALKER; BRIAN WANCK; GERALD

WANCK; GLENN WANCK; JACQUELINE
WANCK; KEVIN WANCK; TAMARA WANCK;
WANDA WANCK; GERALD WEED; MARTINA
WEED; MARION WEISSE; GEORGIA
WESTGATE; ROGER WESTGATE; BARBARA
WILLETT; RICHARD WILLETT; ROBERT L.
WOODBURN; DANIEL WOODRUFF; YVONNE
WOODRUFF; DONALD ZIMMER; MARY
ZIMMER; BRIAN ZORN; JERRINE ZORN;
ADAM S. BURCH, JR. as Co-Trustee of the
Burch, Jr. Family Trust; GERTRUDE S. BURCH
as Co-Trustee of the Burch, Jr. Family Trust;
CARL P. DEYO; DIANE DEYO; DANIEL P.
FLANAGAN; LAURIE GANOUNG; STEVEN
GANOUNG; JACK GROB; DONALD L. PERRY
individually and as Co-Trustee of the Sandra L.
Perry Revocable Living Trust; SANDRA L.
PERRY individually and as Co-Trustee of the
Sandra L. Perry Revocable Living Trust;
RICHARD A. RIDGEWAY, JR.; JOYCE A.
WHITE; PETER C. WHITE; KENNETH
HERZL-BETZ; and LOUISE HERZL-BETZ,

      Plaintiffs,

-v-

CHESAPEAKE APPALACHIA, LLC and
STATOILHYDRO USA ONSHORE
PROPERTIES, INC.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\_\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court.**  This action came to trial or hearing before the Court, The issues have been tried and a decision has been rendered.


IT IS ORDERED AND ADJUDGED That the parties are directed to arbitrate in accordance with the terms of the arbitration clause contained in the leases, and the case is dismissed,

All of the above pursuant to the order of the Honorable Judge David N. Hurd, U.S. District Judge, dated the 21st day of February, 2013.

DATED: February 21, 2013

Clerk of Court

Christine Mergenthaler
Deputy Clerk

entered on docket
2/21/13 - cm